

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00544-CR

**EX PARTE** Jorge Amezcua **TREVIÑO**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. CM074888
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we reverse the trial court's ruling denying bond but deny Treviño's request to set bond and any other relief not specifically granted in this final judgment. The cause is remanded for proceedings consistent with this opinion.

SIGNED May 19, 2021.

_____
Patricia O. Alvarez, Justice